UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, *et al.*,

                           Petitioners,

-v-

VISION CONSTRUCTION & INSTALLATION, INC.,

                           Respondent.

24 Civ. 2503 (PAE)

ORDER

---

**PAUL A. ENGELMAYER, District Judge:**

On April 2, 2024, petitioners filed a petition to confirm an arbitral award, Dkt. 1, and an accompanying memorandum of law, Dkt. 5. On April 3, 2024, the case was assigned to this Court.

The Court orders petitioners to serve respondent with their petition, all supporting papers, and a copy of this order by April 10, 2024. Respondent's opposition, if any, is due May 1, 2024. Petitioners' reply, if any, is due May 15, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2024
       New York, New York