UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

       Petitioners,        24 **CIVIL** 2503 (PAE)

  -against-            **JUDGMENT**

VISION CONSTRUCTION & INSTALLATION,
INC.,
       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 12, 2024, the Court confirms the Award. The Court awards judgment in petitioners' favor in the amount of: (i) $380,646.17, plus 10.5% interest from January 31, 2024 to the date judgment is entered in the amount of $14,563.63; (ii) an additional $1,491 in attorneys' fees and costs related to this action; and (iii) post-judgment interest, pursuant to 28 U.S.C. § 1961(a), accruing from the date of judgment until Vision Construction has paid the full amount; accordingly, the case is closed.

**Dated:** New York, New York
    June 12, 2024

                  **RUBY J. KRAJICK**
                  _____
                    **Clerk of Court**

          **BY:** _____
                    **Deputy Clerk**