UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                Petitioners,                24 **CIVIL** 2503 (PAE)

      -against-                **AMENDED JUDGMENT**

VISION CONSTRUCTION & INSTALLATION,
INC.,

                Respondent.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 12, 2024, and the Court's Memo Endorsed Order dated June 14, 2024, the Court has confirmed the Award. The Court has awarded judgment in petitioners' favor in the amount of: (i) $380,646.17, plus 10.5% interest from January 31, 2024 to the date judgment is entered in the amount of $14,563.63; (ii) an additional $1,491 in attorneys' fees and costs related to this action; and (iii) post-judgment interest, pursuant to 28 U.S.C. § 1961(a), accruing from the date of judgment until Vision Construction has paid the full amount. Respondent is ordered to submit to an audit of its books and records for the period January 1, 2020 through December 15, 2022; accordingly, the case is closed.

**Dated:**  New York, New York
           June 25, 2024

                                    **DANIEL ORTIZ**
                                    **Acting Clerk of Court**
                         **BY:**  *K. Mango*
                                    **Deputy Clerk**